Westinghouse Electric & Manufacturing Company
*v.* MacGregor, Appellant.

Argued May 23, 1945. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

444

445

448

*William B. Jaspert,* for appellant.

*Jo. Baily Brown,* with him *Smith, Buchanan & Ingersoll* and *Brown, Critchlow & Flick,* for appellee.

PER CURIAM, June 29, 1945:

The judgment of the court below in favor of the plaintiff against the defendant in the sum of $15,485.96 is af-

firmed on the opinion of Judge SOFFEL, and in accordance with the opinion we heretofore filed in this case.